IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARY MARGARET HOLMES                                                    PLAINTIFF

v.                                                  CAUSE NO. 3:19-CV-040-MPM-JMV

THE LATHAN COMPANY, INC.                                        DEFENDANT

ORDER

Consistent with the Order [37] extending the deadline for discovery, the parties are hereby granted a concomitant extension of the deadline for dispositive and *Daubert* motions through and including the 31st day of August, 2020.

So Ordered this 17th day of July, 2020.

                                                              /s/ Jane M. Virden
                                                              UNITED STATES MAGISTRATE JUDGE